UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DERRICK JACQUAY ROBERSON-EL, | Civil No. 09-3693 (JNE/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| MINNESOTA DEPARTMENT OF CORRECTION, KEITH CRAFT (Prison Employee), WARDEN OF MCF-SAINT CLOUD, ASST COUNTY ATTORNEY, JOHN DOE, and JANE DOE (Prison Employees), | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 20, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: 5-12-2010

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Court Judge